IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PATRICIA RINGLEIN,                   )
                                     )
              Plaintiff,             )                4:06CV3136
                                     )
         v.                          )
                                     )
NORTHFIELD RETIREMENT                )                ORDER
COMMUNITIES,                         )
                                     )
              Defendant.             )
                                     )

　

     Magistrate Judge Piester has recused himself from this case.

     IT THEREFORE HEREBY IS ORDERED:

     The clerk shall refer the case to the Chief Judge for
reassignment to a different magistrate judge.


     DATED this 15th day of August, 2006.


                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge