## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICIA RINGLEIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:06CV3136** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **NORTHFIELD RETIREMENT** | ) | |
| **COMMUNITIES, formerly known as** | ) | |
| **NORTHFIELD VILLA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of P. Shawn McCann for leave to withdraw as defense counsel [12].  The record shows that substitute counsel has entered an appearance.

**IT IS ORDERED:**

1.   The motion to withdraw [12] is granted, and P. Shawn McCann is given leave to withdraw as defense counsel.

2.   The Clerk shall terminate the appearance P. Shawn McCann and shall terminate further electronic notices to Mr. McCann.

**DATED August 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**