```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PATRICIA RINGLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3136 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHFIELD RETIREMENT | ) | ORDER |
| COMMUNITIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case has been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference will be held with the undersigned on the date previously set, March 22, 2007 at 9:00 a.m. Plaintiff's counsel shall initiate the call to **402-437-5235.**

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge